**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| RUSSELL EWING MCKINNON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0409 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Brown |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On July 28, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that his original Report and Recommendation (Docket No. 6) be approved. (Docket No. 9) No timely objections have been filed. The Report and Recommendation of July 28, 2006 (Docket No. 9) and the original Report and Recommendation of June 14, 2006 (Docket No. 6) are, therefore, **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the petitioner's § 2255 Motion is **DENIED**, and this case is **DISMISSED**.

It is so **ORDERED.**

Enter this 15th day of August 2006.

_____
ALETA A. TRAUGER
U.S. District Judge